

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-00288-CR

_____

ERIC PEREZ, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. 2010-428,736, Honorable Jim Bob Darnell, Presiding

September 13, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Eric Perez, appeals his conviction for murder. The certification of right to appeal executed by the trial court states that this "is a plea bargain case and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." This circumstance was brought to the attention of appellant and opportunity was granted him to obtain an amended certification entitling him to appeal. No such

certification was received within the time we allotted. Having received no amended certification, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.